SALVATORE SCIANDRA, Bar No. 58256
Law Offices of Salvatore Sciandra
2300 Tulare Street, Suite 230
Fresno, CA 93721
Telephone: 559.233.1000
Facsimile: 559.233.6044

Attorney for Defendant, MASOUD MIRHADI

IN THE UNITED STATES DISTRICT COURT FOR THE

EASTERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| UNITED STATES OF AMERICA,<br><br>    Plaintiff,<br><br>v.<br><br>MASOUD MIRHADI, et al.,<br><br>    Defendants. | CASE NUMBER: 1:07-cr-00221-OWW<br><br>STIPULATION AND ORDER FOR A RESETTING OF HEARING ON REPORT OF PROBATION OFFICER |

IT IS HEREBY STIPULATED by and between plaintiff, the United States of America, and the defendant by and through his attorney, that the date set for hearing on the presentence report of the probation officer and sentencing be extended as follows:

    Defense Counsel's Informal Objections due to Probation and AUSA: move from March 2, 2009 to March 16, 2009.

    Formal Objections must be filed with the Court and served on Probation and AUSA: move from March 16, 2009 to March 30, 2009.

    RPO Hearing: move from March 23, 2009 at 1:30 p.m. to April 6, 2009 at 1:30 p.m.

The reason for moving the hearing is because defense counsel is out of the country on U.S. v. James Ninete Leon Guerrero, Case No.: 1:08-CR-00259-OWW.

/ / /

/ / /

1 / / /

2 / / /

3                                    Respectfully submitted,

5 DATED: March 6, 2009              /s/ Salvatore Sciandra
                                    SALVATORE SCIANDRA
6                                   Attorney for Defendant,
                                    MASOUD MIRHADI

9 DATED: March 6, 2009              /s/ Marlin Cobar
                                    MARLIN COBAR
10                                  Assistant United States Attorney

**ORDER**

IT IS SO ORDERED.

**Dated:   March 9, 2009**              /s/ Oliver W. Wanger
                                    UNITED STATES DISTRICT JUDGE