PROB 35

**ORDER TERMINATING PROBATION
PRIOR TO EXPIRATION DATE**

---

**UNITED STATES DISTRICT COURT
FOR THE
EASTERN DISTRICT OF CALIFORNIA**

| | |
|---|---|
| **UNITED STATES OF AMERICA** )<br>)<br>vs. )<br>)<br>**MASOUD MIRHADI** )<br>) | **Docket Number: 1:07CR00221-02** |

On April 27, 2009, the above-named was placed on probation for a period of 3 years. He has complied with the rules and regulations of supervision. It is accordingly recommended that he be discharged from supervision.

Respectfully submitted,

/s/ Leighann L. Milford

**LEIGHANN L. MILFORD
Senior United States Probation Officer**

Dated:   January 20, 2012
         Fresno, California
         llm/car

**REVIEWED BY:**   /s/ Hubert J. Alvarez
                  **HUBERT J. ALVAREZ
                  Supervising United States Probation Officer**

Rev. 05/2006
EARLY TERMINATION ~ ORDER (PROB35).MRG

Re:     **MIRHADI, Masoud**
        **Docket Number:   1:07CR00221-02**
        **ORDER TERMINATING PROBATION**
        **PRIOR TO EXPIRATION DATE**

---

### ORDER OF COURT

It is ordered that the probationer be discharged from probation, and that the proceedings in the case be terminated.

Attachment:   Recommendation

cc:   United States Attorney's Office
      FLU Unit, AUSA's Office
      Fiscal Clerk, Clerk's Office

IT IS SO ORDERED.

Dated:   January 23, 2012                           _____
                                                    CHIEF UNITED STATES DISTRICT JUDGE